UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*David Vargas v. C.R. Bard, Inc., et al.*
Case No. 2:19-CV-142

## ORDER

This matter is before the Court for consideration of deceased Plaintiff David Vargas's ("Plaintiff") Motion to Substitute a Party. (ECF No. 6). On March 25, 2019, Plaintiff's Counsel filed a Suggestion of Death notifying the Court of Plaintiff's death. (ECF No. 5). On April 10, 2019, Plaintiff's Counsel moved to substitute David Jorgensen, the personal representative of Plaintiff's estate, as the plaintiff in this action. (ECF No. 6).

Pursuant to Federal Rule of Civil Procedure 25(a), a motion for substitution may be made within 90 days of service of a statement noting a party's death. The instant motion is timely. Accordingly, the Court **GRANTS** Plaintiff's Motion. (ECF No. 6). The Court **ORDERS** that David Jorgensen, the personal representative of the estate of David Vargas, be substituted for David Vargas as the plaintiff in this action.

**IT IS SO ORDERED.**

4-11-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

DATE 4/11/19

KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE